**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 151 MM 2014
:
Respondent :
:
:
:
:
v. :
:
:
:
EDWIN AYBAR, :
:
Petitioner :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **GRANTED**. While counsel did not demonstrate that the failure to file a timely Petition for Allowance of Appeal was the result of anything other than counsel's negligence, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. <u>See</u> Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days of this order.